

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard South,
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
CHRISTOPHER LIN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-3663
christopher.lin@usdoj.gov

*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-cr-00278-JCM-VCF-1 |
| Plaintiff, | **EX PARTE MOTION TO UNSEAL** |
| vs. | |
| HIEN HUU NGUYEN, | |
| Defendant. | |

COMES NOW, the United States of America by and through NICHOLAS A. TRUTANICH, United States Attorney, and CHRISTOPHER LIN, Assistant United States Attorney, and respectfully moves this Court to unseal the criminal indictment in the above-captioned matter.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The defendant has been arrested in the Central District of California and is scheduled to make his initial appearance on December 19, 2019. A federal grand jury returned and indictment on October 29, 2019, and the indictment was sealed and an arrested warrant was issued on October 29, 2019. Since the defendant has been arrested there is no longer a need for the case to been sealed.

Dated this 19 day of December, 2019.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

CHRISTOPHER LIN
Assistant United States Attorney

The Government's motion is hereby _____.

SO ORDERED:

_____  Dated:_____

United States Magistrate Judge