NICHOLAS A.TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
CHRISTOPHER LIN
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-6336
christopher.lin@usdoj.gov

*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-00278-JCM-VCF |
| Plaintiff, | STIPULATION TO CONTINUE THE CHANGE OF PLEA DATE |
| vs. | (First Request) |
| HIEN HUU NGUYEN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between NICHOLAS A. TRUTANICH, United States Attorney; CHRISTOPHER LIN, Assistant United States Attorney, counsel for the United States of America and JASON MARGOLIS, Esq., counsel for defendant NGUYEN:

THAT THE CHANGE OF PLEA CURRENLTY SCHEDULED FOR March 25, 2020, at 10:30 a.m. be vacated and set for a time in approximately 20 days at a time convenient for the Court.

In light of the ongoing health concerns surrounding the COVID-19 virus, counsel for defendant and counsel for the Government agree to this continuance. In addition, counsel

for the Government will be away on military leave through March 27, 2020. No prejudice to the defendant will occur because of this continuance.

This is the first request for a continuance of the change of plea date

DATED this 18th day of March, 2020.

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Christopher Lin*
CHRISTOPHER LIN
Assistant United States Attorney

*/s/ Jason Margolis*
Jason Margolis, Esq.
Counsel for Defendant NGUYEN

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
            Plaintiff, ) Case No.: 2:19-cr-00278-JCM-VCF
     vs. ) ORDER TO CONTINUE THE
HIEN HUU NGUYEN, ) CHANGE OF PLEA DATE
            Defendant. )

Based on the stipulation of counsel, the Court finds that good cause exists to continue the change of plea date currently set for March 25, 2020 at 10:30 a.m., to April 17, 2020 at 10:30 a.m.

DATED March 20, 2020.

_____
UNITED STATES DISTRICT JUDGE