NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
CHRISTOPHER LIN
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-6336
christopher.lin@usdoj.gov

*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-00278-JCM-VCF |
| Plaintiff, | STIPULATION TO CONTINUE THE CHANGE OF PLEA DATE |
| vs. | (Fifth Request) |
| HIEN HUU NGUYEN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between NICHOLAS A. TRUTANICH, United States Attorney; CHRISTOPHER LIN, Assistant United States Attorney, counsel for the United States of America and JASON MARGOLIS, Esq., counsel for defendant NGUYEN:

THAT THE CHANGE OF PLEA CURRENLTY SCHEDULED FOR August 28, 2020, at 10:00 a.m. be continued and reset no earlier than 30 days if convenient for the Court.

1. On March 16, 2020, the Chief Judge of the U.S. District Court for the District of Nevada issued Temporary General Order 2020-03, which found that due to the outbreak of the coronavirus disease 2019 ("COVID-2019") in the District of Nevada, the declaration by the Governor of the State of Nevada of a public health emergency

due to the spread of COVID-19 in Nevada, and the declaration of local emergencies by local governments due to COVID-19, including Clark County, the Court has sustained "reduced ability to obtain an adequate spectrum of jurors," and it noted the effects of public health recommendations, including "social distancing measures." General Order 2020-03 accordingly continued all civil and criminal trials until April 10, 2020, pending further order of the Court and found that "the ends of justice are best served by ordering the continuances, which outweighs the best interests of the public and any defendant's right to a speedy trial under 18 U.S.C. § 3161(h)(7)(A)." On April 9, 2020, Chief Judge Du entered Amended General Order 2020-03, which provided, "the Court has determined that jury trials must be further postponed" without indicating how long the postponement will continue. Amended General Order 2020-03 states further that the "each presiding judge will address any needed continuance of their trial in their individual cases."

2. On March 19, 2020, the Chief Judge of the U.S. District Court for the District of Nevada issued Temporary General Order 2020-04 (collectively with General Order 2020-03, "the General Orders"), which noted that "the COVID-19 pandemic has continued to spread," resulting in the need for "more aggressive social-distancing measures." The Court noted further that, "[o]n March 17, 2020, the Governor of the State of Nevada ordered the closure of many business establishments and strongly encouraged all citizens to stay home." Accordingly, the Court ordered the temporary closure of the Clerk's office, and implemented other changes, including "striving to eliminate in-person court appearances." In the event any hearing must go forward, the Court will conduct the hearing via video or teleconference. On April 29, 2020, the Court issued an amended General Order 2020-04, setting forth certain filing

2

procedures and noting its "plans to incrementally resume in-person court appearances as appropriate based on recommended health guidelines."

3. On March 30, 2020, the Court issued Temporary General Order 2020-05, making findings under section 15002(b)(1) of the Coronavirus Aid, Relief, and Economic Security Act ("CARES Act"), authorizing the use of video and telephone for court hearings, and noting that all courtrooms would be physically closed to the parties and the public. On June 25, 2020, the Court issued Amended General Order 2020-05, extending the original order for 90 days, until September 28, 2020.

In light of the ongoing health concerns surrounding the COVID-19 virus, counsel for defendant and counsel for the Government agree to this continuance. This continuance is not sought for the purpose of delay but to adhere to recommendations related to prevention and spread of COVID-19.  Further, counsel for the defendant agrees that this delay will not cause serious harm to the interest of justice and the defendant agrees. No prejudice to the defendant will occur because of this continuance. The defendant agrees to this continuance.

This is the fifth request for a continuance of the change of plea date.

DATED this 21st day of August, 2020.

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Christopher Lin*
CHRISTOPHER LIN
Assistant United States Attorney

*/s/ Jason Margolis*
Jason Margolis, Esq.
Counsel for Defendant NGUYEN

3

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-00278-JCM-VCF |
| Plaintiff, | ORDER TO CONTINUE THE CHANGE OF PLEA DATE |
| vs. | |
| HIEN HUU NGUYEN, | |
| Defendant. | |

Based on the stipulation of counsel, the Court finds that good cause exists to continue the change of plea date currently set for August 28, 2020 at 10:00 a.m., to <u>October 2, 2020, at 11:00 a.m.</u>

DATED August 24, 2020.

_____
HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE