YAMPOLSKY & MARGOLIS
MACE J. YAMPOLSKY, ESQ.
Nevada Bar No. 001945
JASON R. MARGOLIS, ESQ.
Nevada Bar No. 012439
625 S. Sixth Street
Las Vegas, Nevada 89101
(702) 385-9777;  Fax No. (702) 385-3001
*Attorney for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.        2:19-cr-278-JCM-VCF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **STIPULATION TO CONTINUE SENTENCING** |
| | ) | |
| HIEN HUU NGUYEN, | ) | |
| | ) | **(First Request)** |
| Defendants. | ) | |
| | ) | |

It is stipulated and agreed, by and between Nicholas A. Trutanich, United States

Attorney; Christopher Lin, Assistant United States Attorney, counsel for the United States

of America and Jason R. Margolis, Esq., counsel for Defendant Hien Huu Nguyen; That the

sentencing scheduled in this matter for January 29, 2021, be vacated and continued for a period

of not less than 90 days. This stipulation is entered into for the following reasons:

   1. The parties agree to the continuance;

   2. Defendant is currently in custody and does not object to the continuance;

   3. The parties are continuing to work on, and gather materials relating to sentencing;

///

///

4,  This is the first request for a continuance.

DATED this 8th day of January, 2021.

NICHOLAS A. TRUTANICH United States Attorney

_____/s/ Christopher Lin_____
Christopher Lin
Assistant United States Attorney


_____/s/ Jason R. Margolis_____
Jason R. Margolis, Esq.
Counsel for Defendant

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.        2:19-cr-278-JCM-VCF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **STIPULATION TO CONTINUE** |
| | ) | **SENTENCING** |
| HIEN HUU NGUYEN, | ) | |
| | ) | **(First Request)** |
| Defendants. | ) | |
| | ) | |

Based on the stipulation of counsel, the Court finds that good cause exists to continue Defendant's

Sentencing Hearing date currently set for January 29, 2021, to <u>May 14, 2021</u> at <u>10:00 a.m.</u>

_____
U.S. DISTRICT COURT JUDGE

DATED January 13, 2021