CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
District of Nevada
CHRISTOPHER LIN
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
christopher.lin@usdoj.gov

*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>HIEN HUU NGUYEN,<br><br>　　　　Defendant. | Case No.: 2:19-cr-00278-JCM-VCF<br><br>STIPULATION TO CONTINUE THE SENTENCING HEARING DATE<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between CHRISTOPHER CHIOU, Acting United States Attorney; CHRISTOPHER LIN, Assistant United States Attorney, counsel for the United States of America and JASON MARGOLIS, Esq., counsel for defendant NGUYEN, that the sentencing hearing currently scheduled for May 14, 2020, at 10:00 a.m. be continued and reset at a time convenient for the Court but no earlier than 90 days from the current setting.

The stipulation is requested for the following reasons:

1. Defense counsel needs additional time to investigate mitigating circumstances, review discovery and the PSR, and prepare for sentencing argument;

2. The defendant is detained and agrees to this continuance;

3. This continuance is not sought for the purpose of delay;

4. This is the second request for a continuance.

DATED this 22nd day of April, 2021.

CHRISTOPHER CHIOU
Acting United States Attorney

*/s/ Christopher Lin*
CHRISTOPHER LIN
Assistant United States Attorney

*/s/ Jason Margolis*
Jason Margolis, Esq.
Counsel for Defendant NGUYEN

|||||
|---|---|---|---|
| 1 | | **UNITED STATES DISTRICT COURT** | |
| 2 | | **DISTRICT OF NEVADA** | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:19-cr-00278-JCM-VCF |
| Plaintiff, | ) | |
| vs. | ) | ORDER TO CONTINUE THE SENTENCING HEARING DATE |
| HIEN HUU NGUYEN, | ) | |
| Defendant. | ) | |

Based on the stipulation of counsel, the Court finds that good cause exists to continue the sentencing hearing date currently set for May 14, 2021 at 10:00 a.m., to <u>August 27, 2021</u> at <u>10:00 a.m</u>.

DATED April 28, 2021.

_____
HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE