UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff(s),<br><br>　　v.<br><br>HIEN HUU NGUYEN,<br><br>　　　　　　　　　　Defendant(s). | Case No. 2:19-CR-278 JCM (VCF)<br><br>ORDER |

　　　Presently before the court is Hien Huu Nguyen's motion requesting a copy of his judgment, filed *pro se*. (ECF No. 61).

　　　Local rule IA 11-6 provides that "[u]nless the court orders otherwise, a party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; *all filings must thereafter be made by the attorney*." (emphasis added). Local rule IC 7-1 further provides that "[t]he court may strike documents that do not comply with these rules."

　　　CJA Attorney Jason Margolis appeared as an attorney for Mr. Nguyen on January 14, 2020 (ECF No. 18). Mr. Margolis has not withdrawn or been terminated from the case. Thus, Mr. Nguyen's motion was improperly submitted *pro se* after the appearance of an attorney on his behalf. If Mr. Nguyen wishes to move this court for further action in this case *in propria persona*, he must file a motion to request withdrawal of his appointed counsel and request to proceed *pro se*. Otherwise, Mr. Nguyen may file documents with the court only through the attorney who has appeared on his behalf pursuant to LR IA 11-6.

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Mr. Nguyen's motion for a copy of his judgment (ECF No. 61) be, and the same hereby is, DENIED, without prejudice, and STRICKEN and held for naught.

The court shall strike ECF No. 61 from the docket.

DATED March 3, 2022.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -