# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-CR-278 JCM (VCF) |
| Plaintiff(s), | ORDER |
| v. | |
| HIEN HUU NGUYEN, | |
| Defendant(s). | |

Chambers of Judge James C. Mahan received a letter from defendant Hien Huu Nguyen, dated June 27, 2024, notifying the court that the Bureau of Prisons has not complied with the court's order reducing his sentence at ECF No. 69. Under Local Rule IA 7-2(b), "[n]either party nor an attorney for any party may make ex parte communications except as specifically permitted by court order or the Federal Rules of . . . Criminal Procedure." "An ex parte communication is a communication between a pro se party . . . and a judge or chambers when the opposing party or attorney is not present or copied, including telephone calls, letters, or emails." LR IA 7-2(a).

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  Counsel for defendant Nguyen, Jason R. Margolis, and the defendant are reminded that
2  ex parte communications are prohibited and is cautioned against further attempts to communicate
3  with the court ex parte. The court did not, and will not, communicate with any party ex parte.
4  Defendant's counsel may file a motion in compliance with LCR 47-1, setting forth in full detail
5  the supporting points and authorities. The court, out of an abundance of caution is filing the letter
6  on the public docket, but will not address the defendant's request until a motion is filed.
7  IT IS ORDERED
8  DATED August 7, 2024.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**